UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARVINDER SINGH S. B., <br><br> Petitioner, <br><br> v. <br><br> CHRISTOPHER CHESTNUT, et al., <br><br> Respondents. | No. 1:25-cv-01981-TLN-CSK <br><br> **ORDER** |

On December 23, 2025, the Court granted Petitioner Parvinder Singh S. B.'s ("Petitioner") Motion for a Temporary Restraining Order ("TRO") releasing Petitioner and ordered Respondents to show cause why a preliminary injunction should not issue on the same terms.  (ECF No. 6.)  In response, Respondents maintain a preliminary injunction should not issue because Petitioner is subject to the mandatory detention framework of 8 U.S.C. § 1225(b) ("§ 1225(b)").  (ECF No. 9.)

The Court has already found Petitioner established each of the Winter elements sufficient to warrant relief as set forth in the TRO.  (ECF No. 6.)  Because the standard for issuing a TRO is "substantially identical" to the standard for issuing a preliminary injunction, *Stuhlbarg Int'l Sales Co. v. John D. Brush & Co.*, 240 F.3d 832, 839 n.7 (9th Cir. 2001), the Court incorporates its reasoning from the TRO and does not duplicate its analysis here.

1

1      Accordingly, and for reasons stated in the Courts's Order on Petitioner's Motion for a
2 TRO (ECF No. 6), the Court GRANTS a preliminary injunction.  Respondents are enjoined and
3 restrained from imposing additional restrictions on Petitioner's terms of release, unless such
4 restrictions are determined to be necessary at a future pre-deprivation/custody hearing.
5 Respondents are further enjoined and restrained from re-arresting or re-detaining Petitioner absent
6 compliance with constitutional protections, including seven-days' notice and a pre-
7 deprivation/custody hearing before a neutral decisionmaker, where the Government shall bear the
8 burden of proving by clear and convincing evidence that Petitioner poses a danger to the
9 community or a flight risk, and Petitioner shall be allowed to have his counsel present.
10     Pursuant to Local Rule 302(a), this matter is hereby REFERRED to the assigned
11 Magistrate Judge for further proceedings.
12     IT IS SO ORDERED.
13 Date: January 20, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE